IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN E. MURRAY

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO. 12-6527

FILED
AUG – 1 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

**AND NOW**, this 1st day of August, 2013, upon careful consideration of plaintiff's request for review and the defendant's response thereto, and after careful and independent review of Magistrate Judge Jacob P. Hart's report and recommendation, defendant's objection thereto, and the plaintiff's response, **IT IS HEREBY ORDERED** that:

1. Defendant's objection is **OVERRULED**;

2. The report and recommendation is **APPROVED AND ADOPTED**;

3. Plaintiff's request for review is **GRANTED IN PART** and **DENIED IN PART**, and **JUDGMENT IS ENTERED REVERSING** the decision of the Commissioner and the matter is **REMANDED** to the Commissioner for reconsideration and further findings consistent with this Memorandum.

_William H. Yohn Jr., Judge_